# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:

**VIRGINIA NICKELL**,

    Plaintiff,

v.

**DILLON COMPANIES, LLC d/b/a KING SOOPERS and MCW-RC III HILLTOP VILLAGE, LLC**

    Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

**TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Defendants Dillon Companies, LLC d/b/a King Soopers, and MCW-RC III Hilltop Village, LLC, by and through their counsel, Lewis Brisbois Bisgaard & Smith LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    Dillon Companies, LLC d/b/a King Soopers ("King Soopers") and MCW-RC III Hilltop Village, LLC ("Hilltop") are Defendants in the above titled action, originally filed in the District Court of Adams County, Colorado, Case No. 2020CV31051.  On or about August 10, 2020, Plaintiff, Virginia Nickell ("Ms. Nickell") filed her Complaint and Jury Demand in Adams County District Court, Colorado.  The Complaint seeks recovery of damages as to King Soopers and Hilltop Village, based on allegations of premises liability pursuant to C.R.S. § 13-21-115, and negligence.  *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Nickell is a citizen of the State of Colorado. *See* **Exhibit A** at ¶1. Defendant King Soopers is a citizen of the state of Kansas. *See* Documents on File with the Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** ¶ 2. Defendant Hilltop Village is a citizen of the state of Delaware. *See* Documents on File with the Colorado Secretary of State, **Exhibit C;** *see also* **Exhibit A**¶ 3.

4. The amount in controversy exceeds $75,000. *See* **Exhibit D,** Plaintiff's District Court Civil Cover Sheet (showing she seeks more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Moreover, Plaintiff's Complaint alleges she has incurred past and future economic losses, including but not limited to, past wage loss, permanent physical impairment and disfigurement, and noneconomic damages for pain, suffering, inconvenience, and loss of enjoyment of life. *See* **Exhibit A**, at ¶¶ 22, 34, 43. Accordingly, the amount in controversy exceeds $75,000.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Defendants have thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. King Soopers was served with Plaintiff's Complaint and Jury Demand in this matter on August 11, 2020. *See* **Exhibit E**. Thus, Dillon Companies' Notice of Removal is due September 10, 2020.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Defendants complied with the procedural requirements of 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1.

8. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Adams. *See* **Exhibit F**. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for Adams County in Civil Action No. 2020CV31051 and provided to counsel for Ms. Nickell.

9. A copy of all process, pleadings, and orders that were served by the parties are attached. In addition to those mentioned above, the Summons to Dillon Companies is attached as **Exhibit G** and the Summons to MCW-RC III Hilltop Village, LLC is attached as **Exhibit H**. The register of actions is attached as **Exhibit I**. No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Adams. The process and pleadings are captioned as follows:

**Exhibit D**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit A**   Complaint and Jury Demand;

**Exhibit E**   Return of Service regarding Dillion Companies d/b/a King Soopers

| | |
|---|---|
| **Exhibit G** | Summons to Dillon Companies, LLC |
| **Exhibit H** | Summons to MCW-RC III Hilltop Village, LLC |
| **Exhibit J** | Return of Service regarding MCW-RC III Hilltop Village, LLC |
| **Exhibit K** | Proposed Order Granting Dillon's Motion for Extension of Time to Respond to Complaint |
| **Exhibit L** | Dillon's Motion for Extension of Time to Respond to Complaint |
| **Exhibit M** | Order Granting Dillon's Motion for Extension of Time to Respond to Complaint |

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendants, Dillon Companies, LLC d/b/a King Soopers and MCW-RC III Hilltop Village, LLC respectfully request that this case be removed from the District Court for the County of Adams, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that this Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 10th day of September, 2020.

        LEWIS BRISBOIS BISGAARD & SMITH LLP
        *Original signature on file at Lewis Brisbois Bisgaard & Smith LLP, pursuant to C.R.C.P. 121 § 1-26*

By:    */s/ Katherine L. Vaughn*
        Katherine L. Vaughn, Esq.
        Thomas P. Gerwick, Esq.
        1700 Lincoln Street, Suite 4000
        Denver, Colorado 80203
        303.861.7760
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2020, I electronically filed a true and correct copy of the above and foregoing Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jason D. Levy, Esq.
Cook, Bradford & Levy, LLC
2590 Trailridge Drive East, #202
Lafayette, CO 80026
jason@colegalteam.com
*Attorneys for Plaintiff*

                                                Terri K. O'Brien